IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LOU DORRIS JOHNSON,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF HEALTH SERVICES
and JAMES HENKES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-91-wmc

    This action came for consideration before the court with Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Wisconsin Department of Health Services and James Henkes against plaintiff Lou Dorris Johnson granting defendant's motion for summary judgment.

| s/K. Jacobson, Deputy Clerk | 4/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |